IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ENGSTROM and ROSEMARY JONES as proposed personal representative of the estate of DAVID JONES,<br><br>  Plaintiffs,<br><br> v.<br><br>ELI LILLY AND COMPANY and McKESSON CORPORATION,<br><br>  Defendants.<br>_____ / | No. C 06-02421 JSW<br><br>**ORDER (1) DENYING MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO REMAND ON SHORTENED TIME AND (2) SETTING BRIEFING SCHEDULE** |

   Now before the Court is Plaintiffs' Motion to Shorten Time for Hearing on their motion to remand. Following review of Plaintiffs' request, the request is DENIED. The Court will conduct the hearing on Plaintiffs' motion to remand on May 26, 2006, as originally noticed by Plaintiffs.

   This matter is also set for a hearing on May 26, 2006 on Defendants' motion to stay pending transfer determination by the Judicial Panel on Multidistrict Litigation. The Court HEREBY ORDERS that any opposition to the motion to remand and the motion to stay shall be filed by no later than Wednesday, May 3, 2006 and any reply briefs shall be filed by no later than Wednesday, May 10, 2006.

   If the Court determines that these motions are suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to

///

modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 19, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE